JS-6

# UNITED STATES DISCTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KALESTIAN, an individual,<br><br>   Plaintiff,<br><br> vs.<br><br>PERFORMING ARTS CENTER OF LOS ANGELES COUNTY, a California Corporation and DOES 1 through 35, inclusive,<br><br>   Defendants. | CASE NO. CV16-05928 CAS (SKx)<br><br>**[PROPOSED] ORDER ON JOINT STIPULATION FOR DISMISSAL**<br><br><br><br>Complaint Filed: June 24, 2016<br>Date Removed: August 10, 2016<br>Trial Date: Not Set |

Based on the parties' stipulation for dismissal with prejudice, pursuant to *Federal Rules of Civil Procedure*, Rule 41(a)(1), the Court hereby dismisses the action with prejudice.

**IT IS SO ORDERED.**

DATED: June 1, 2017

             /s/ Christina A. Snyder
             Christina J. Snyder
             United States District Judge

Kesluk, Silverstein, & Jacob, P.C.
9255 Sunset Blvd., Ste. 411
Los Angeles, CA 90069
Tel: (310) 273-3180
Fax: (310) 273-6137

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction this service was made. My business address is 9255 Sunset Boulevard, Suite 411, Los Angeles, California 90069.

On May 31, 2017, I served the following documents on all interested parties in this action as follows: **[PROPOSED] ORDER ON JOINT STIPULATION FOR DISMISSAL**

**/ /** (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

**/ X /** (BY CM/ECF) The undersigned hereby certifies that the foregoing document was served on all attorneys of record via the Court's electronic case filing system on the date reflected in the Court's electronic case filing records.

Stephen Ronk, Esq.
Jennifer Ghozland, Esq.
Erika Shao, Esq.
Sue Kim Leung, Esq.
GORDON & REES LLP
633 West Fifth Street, 52nd Floor
Los Angeles, California 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470
Email: sronk@gordonrees.com
Email: jghozland@gordonrees.com
Email: eshao@gordonrees.com
Email: sleung@gordonrees.com

[*Attorneys for Defendant PERFORMING ARTS CENTER OF LOS ANGELES COUNTY*]

I declare under penalty of perjury under the laws of the United States of America and the State of California that the above is true and correct. Executed on May 31, 2017 at Los Angeles, California.

/s/
Karen Li Cramer

2
[PROPOSED] ORDER ON JOINT STIPULATION FOR DISMISSAL